UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80871-CIV-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,
STATE OF FLORIDA, and ex rel.
BEATRIZ MORALES,

    Plaintiffs,

vs.

HABANA HOSPITAL PHARMACY, INC.,
A Florida corporation, et al.

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Relator Beatriz Morales ("Relator")'s Motion for an Award of Attorneys' Fees, Expenses, and Costs Against Defendants (DE 61).

THIS MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated August 7, 2023, has been filed, recommending that the district court award Relator a total of $76,013.25 in attorneys' fees, a total of $620.35 in costs and expenses, enter a Judgement thereon, and hold Habana jointly and severally liable for such amounts.

The Court has conducted a *de novo* review of the entire file, the record herein, and notes that no objections to the Report and Recommendation were filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1)    The Report is **AFFIRMED**.

2) The Court will separately issue a Judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of August, 2023.

_____
KENNETH A. MARRA
United States District Judge