UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80871-CIV-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,
STATE OF FLORIDA, and ex rel.
BEATRIZ MORALES,

      Plaintiffs,

vs.

HABANA HOSPITAL PHARMACY, INC.,
A Florida corporation, et al.

      Defendants.
_____/

## **JUDGMENT**

Based on the separately entered Order adopting the Report and Recommendation on Relator Beatriz Morales' Motion for an Award of Attorneys' Fees, Expenses, and Costs against Defendants HABANA HOSPITAL PHARMACY, INC., a Florida Corporation ("Habana"); APB&J HOLDINGS CORPORATION, a Florida corporation, d/b/a Medicine Shoppe #0089; TROPIC PHARMACY HOLDINGS, INC., a Florida company; LONGEVITY DRUGS, LLC, a Florida limited liability company; and FOREST HILL PHARMACY, LLC, a Florida limited liability company (collectively "Defendants"[1]), Judgment is hereby entered in favor of RELATOR BEATRIZ MORALES ("Relator") and against Defendants.

The judgement award amount is a total of $76,013.25 in attorneys' fees (reflecting $35,325.75 for the Whistleblower Law Firm, and $40,687.50 for Mr. Wolfson), and a total of

---

[1] The named Defendants are identified as "the Settling Defendants" in the Settlement Agreement entered on June 28, 2022 (DE 56-1).

$620.35 in costs and expenses (reflecting $465.85 in costs and expenses for the Whistleblower Law Firm, and $154.50 in costs and expenses for Mr. Wolfson). Based on the foregoing, the Court awards in total, for attorneys' fees, costs and expenses, **$76, 633.60, plus post-judgment interest at a rate of 5.39% per annum**[2] ("total award"). 28 U.S.C. § 1961, for which let execution issue. The Court holds Habana jointly and severally liable with the Defendants for the total award.

**DONE AND ORDERED** in West Palm Beach, Florida this 30th day of August, 2023.

KENNETH A. MARRA
United States District Judge

---

[2] https://www.federalreserve.gov/datadownload/Preview.aspx?pi=400&rel=H15&preview=H15/H15/RIFLGFCY01_N.WF